# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

ANTONIO SANCHEZ FRANKLIN,

        Petitioner,  :        Case No. 3:12-cv-312

  - vs -                                 District Judge Timothy S. Black
                                         Magistrate Judge Michael R. Merz

NORMAN ROBINSON, Warden,

        Respondent.  :

## ORDER

      This capital habeas corpus case is before the Court *sua sponte* upon review of the docket.

      On November 5, 2012, the Court ordered the Warden to file an answer conforming to the requirements of Rule 5 of the Rules Governing § 2254 Cases not later than December 5, 2012 (Order for Answer, Doc. No. 5, PageID 40).  The Warden filed his answer, denominated as a Return of Writ, on that date (Doc. No. 7).  The Return raises, *inter alia*, the defenses that the Petition does not state a claim cognizable in habeas corpus (PageID 51-55), that it is a second or successive petition governed by 28 U.S.C. § 2244(b) (PageID 55-59), and that relief on the merits is precluded by precedent (PageID 59-60).

      As provided in Habeas Rule 5(e), the Court set a date for Petitioner to file a reply twenty-one days after the Answer/Return was filed (Order for Answer, Doc. No. 5, PageID 41).  Adding the three days provided by Fed. R. Civ. P. 6(d) and excluding Saturday December 29 and Sunday December 30 as provided by Fed. R. Civ. P. 6(a)(1)(C), Petitioner's reply was due to be filed by December 31, 2012.  No reply has been filed and the Court therefore deems the pleadings as

closed without a reply.

No state court record was filed with the Return, but, in the absence of any reply, the Court concludes Petitioner has no objection, relying instead on the record filed in his other capital habeas corpus case, 3:04-cv-187, despite the request for a record made in the Petition (Doc. No. 2, PageID 19).

Petitioner makes an unspecified request for discovery in the Petition. *Id.* Petitioner shall file any motion for discovery under Habeas Rule 6 that he wishes the Court to consider not later than January 14, 2013. In the absence of such a motion, the Magistrate Judge will deem the case ripe for decision on the merits.

January 4, 2013.

s/ *Michael R. Merz*

United States Magistrate Judge